**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:15-cv-00452 (MHL) |
| v. | ) | |
| | ) | |
| POWHATAN ENERGY FUND, LLC, | ) | |
| HOULIAN "ALAN" CHEN, | ) | |
| HEEP FUND, INC.,   and | ) | |
| CU FUND, INC. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## MOTION OF SAMUEL G. BACKFIELD TO WITHDRAW AS COUNSEL OF PLAINTIFF FEDERAL ENERGY REGULATORY COMMISSION

Pursuant to Local Rule 83.1, Samuel G. Backfield respectfully moves this Court for leave to withdraw as Attorney of Record for Plaintiff Federal Energy Regulatory Commission. Plaintiff Federal Energy Regulatory Commission will be represented by counsel of record for the Federal Energy Regulatory Commission Office of Enforcement. Movant certifies that reasonable notice has been given to Plaintiff Federal Energy Regulatory Commission of his withdrawal of appearance in this case.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting him to withdraw as counsel of record for Plaintiff Federal Energy Regulatory Commission. A proposed order is attached as Exhibit A.

Dated: November 12, 2019

FEDERAL ENERGY REGULATORY
COMMISSION

Larry R. Parkinson
Director
Office of Enforcement

Janel Burdick
Deputy Director
Office of Enforcement

Geo. F. Hobday, Jr.
Director
Division of Investigations

Courtney Spivey Urschel
Deputy Director
Division of Investigations

_____/s/_____
Samuel G. Backfield (Va. Bar No. 46626)
Lisa L. Owings (Va. Bar No. 73976)
Daniel T. Lloyd (*Pro Hac Vice*)
Mark E. Nagel (Va. Bar No. 19867)

888 First Street, N.E.
Washington, DC  20426
Telephone: (202) 502-8100
Facsimile: (202) 502-6449

*Attorneys for Petitioner*
*Federal Energy Regulatory Commission*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I filed the foregoing Motion with the

Clerk's Office, using the CM/ECF system, which will send a notification of such filing to

counsel of record in this matter.

_____/s/_____

Samuel G. Backfield
Virginia Bar No. 46626
Daniel T. Lloyd
Lisa L. Owings
Mark E. Nagel
Attorneys for Petitioner
Federal Energy Regulatory
Commission
888 First Street, N.E.
Washington, DC  20426
Telephone: (202) 502-8932
Facsimile: (202) 502-6449
