**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) ) ) |
| Petitioner, | ) Civil Action No. 3:15-cv-00452 (MHL) |
| v. | ) ) |
| POWHATAN ENERGY FUND, LLC, HOULIAN "ALAN" CHEN, HEEP FUND, INC.,   and CU FUND, INC. | ) ) ) ) ) |
| Respondents. | ) ) |

## **ORDER**

Upon the Motion of Samuel G. Backfield to Withdraw as Counsel for Plaintiff Federal Energy Regulatory Commission, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED and Samuel G. Backfield is granted leave to withdraw as counsel in the above-referenced proceeding pending before this Court.

Dated: _____          _____
U.S. District Court Judge M. Hannah Lauck