FILED: February 11, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2326
(3:15-cv-00452-MHL)
_____

FEDERAL ENERGY REGULATORY COMMISSION

      Petitioner - Appellee

v.

POWHATAN ENERGY FUND, LLC; HOULIAN "ALAN" CHEN; HEEP
FUND, INC.; CU FUND, INC.

      Respondents - Appellants

------------------------------

EDISON ELECTRIC INSTITUTE; ELECTRIC POWER SUPPLY
ASSOCIATION; ENERGY TRADING INSTITUTE

      Amici Supporting Appellants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district

court is affirmed. This case is remanded to the district court for further proceedings

consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK