## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| FEDERAL ENERGY REGULATORY | ) | |
| COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:15-cv-00452 (MHL) |
| v. | ) | |
| | ) | |
| POWHATAN ENERGY FUND, LLC, | ) | |
| HOULIAN "ALAN" CHEN, | ) | |
| HEEP FUND, INC., and | ) | |
| CU FUND, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION TO WITHDRAW STEVEN TABACKMAN AS COUNSEL FOR PLAINTIFF FEDERAL ENERGY REGULATORY COMMISSION

Pursuant to Local Rule 83.1, Plaintiff Federal Energy Regulatory Commission respectfully moves this Court for leave to withdraw Steven Tabackman as Attorney of Record for Plaintiff Federal Energy Regulatory Commission. Plaintiff Federal Energy Regulatory Commission will continue to be represented by counsel of record.  Reasonable notice has been given to Plaintiff Federal Energy Regulatory Commission of Mr. Tabackman's withdrawal of appearance in this case.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting him to withdraw as counsel of record for Plaintiff Federal Energy Regulatory Commission. A proposed order is attached.

Respectfully Submitted,

    /s/  Kevin Dinan
Kevin Dinan (Va. Bar No. 25517)
Damon Taaffe (*Pro Hac Vice*)
Daniel T. Lloyd (*Pro Hac Vice*)
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426
Telephone: (202) 502-6214
Facsimile: (202) 502-6449
Email: Kevin.Dinan@ferc.gov

*Attorneys for Federal Energy Regulatory Commission*

Dated: October 1, 2021

## CERTIFICATE OF SERVICE

I certify that on October 1, 2021, I filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record in this matter.

/s/ *Kevin Dinan*
Kevin Dinan
Va. Bar No. 25517
Attorney for Federal Energy Regulatory Commission
Office of Enforcement
Federal Energy Regulatory Commission 888 First Street, N.E.
Washington, DC 20426
Tel. (202) 502-6214
Fax (202) 502-6449
Kevin.Dinan@ferc.gov